# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES E. BRUESCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-09-1310-D ) |
| CITY OF OKLAHOMA CITY, GREG SHIREY, in his individual and official capacity as Unit Operations Supervisor, and MONTE HANNON, in his individual and official capacity as Superintendent of Water Quality, and HUGH FOX, in his individual and official capacity as Field Operations Supervisor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JOURNAL ENTRY OF JUDGMENT

The Court finds that the City Council of the City of Oklahoma City has approved the recommendation of the Municipal Counselor to confess judgment without admission of liability and enter into a compromise settlement in the case herein in the amount of Ninety thousand eight hundred twenty dollars and 47/100's ($90,820.47), as evidenced by the certified copy of the attached Resolution (Exhibit A). This sum includes all claims related to this case, including but not limited to, prejudgment interest, costs and attorney fees. This is a compromise settlement of a disputed claim and is in no way an admission of liability.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that pursuant to a compromise settlement of a disputed claim, and without admitting liability, the Plaintiff is

granted judgment against the Defendant, The City of Oklahoma City, in the sum of ninety thousand eight hundred twenty dollars and 47/100's ($90,820.47), with interest from the date of filing of this Judgment at the rate of five and 25/100 percent (5.25%) per annum. Said sum shall be paid in accordance with 62 Okla. Stat. §§ 365.5 and 365.6, and 51 Okla. Stat. §§ 158 and 159.

Dated this 21st day of April, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

s/ Lauren W. Johnston    .
(signed with permission)
Jana B. Leonard, OBA No. 17844
Lauren Wilson Johnston, OBA No. 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 South Walker
Oklahoma City, OK  73139
405-239-3800/405-239-3801 (Fax)
leonardjb@leonardlaw.net
ATTORNEYS FOR PLAINTIFF


s/   Paula A. Kelly         .
Paula A. Kelly, OBA No. 20280
Assistant Municipal Counselor
The City of Oklahoma City
200 N. Walker, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 297-2223
Facsimile:  (405) 297-3119
paula.kelly@okc.gov
ATTORNEY FOR CITY OF
OKLAHOMA CITY